# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2022

Lyle W. Cayce
Clerk

No. 21-11118
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Eliseo Antonio Reyna,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
No. 1:20-CR-30-1

Before Smith, Stewart, and Graves, *Circuit Judges*.
Per Curiam:*

The attorney appointed to represent Eliseo Reyna has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reyna has filed a response.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-11118

The record is insufficiently developed to permit consideration of Reyna's contention that his guilty plea was made under coercion. *See United States v. Corbett*, 742 F.2d 173, 176–78 (5th Cir. 1984). Such a claim may be raised in a 28 U.S.C. § 2255 motion. *Corbett*, 742 F.2d at 178 n.11. For the same reason, we decline to consider Reyna's claims of ineffective assistance of counsel, but without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Reyna's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.